**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

-vs-                                                                 Case No.  8:05-cr-488-T-24TGW

TRUOC TRAN,
        a/k/a "Truc"
_____/

## O R D E R

This cause comes before the Court for consideration of the Government's Motion to Dismiss Indictment as to Truoc Tran Only (Doc. No. 194).  The Government moves to dismiss the Indictment which is pending against Defendant Truoc Tran, a/k/a Truc, due to his death on January 27, 2006.

Accordingly, it is **ORDERED AND ADJUDGED** that the Government's Motion to Dismiss Indictment as to Truoc Tran Only (Doc. No. 194) is **GRANTED**.

**DONE AND ORDERED** at Tampa, Florida, this 1st day of February, 2006.

*[Signature: Susan C. Bucklew]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record